UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
GOLDSTEIN,

                Plaintiff(s),

- against -

JOSEPH, et al.,

                Defendant(s).
-------------------------------------------------------x
K.J. ACRES LLC,

                Plaintiff(s),

- against -

GOLDSTEIN,

                Defendant(s).
-------------------------------------------------------x
GOLDSTEIN,

                Plaintiff(s),

- against -

JOSEPH, et al.,

                Defendant(s).
-------------------------------------------------------x

**SCHEDULING ORDER**

14 Civ. 4477 (NSR)

14 Civ. 4479 (NSR)

14 Civ. 4480 (NSR)

ROMÁN, D.J.:

    An in-person status conference is scheduled on **October 30, 2014 at 2:30 pm** before the Hon. Nelson S. Román, U.S.D.J., at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.

Dated: White Plains, New York
        October 27, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2014