UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | | |
|---|---|---|
| YITSCHAK GOLDSTEIN | : | |
| | : | |
| Plaintiff, | : | NOTICE OF |
| | : | APPEARANCE |
| - against - | : | |
| | : | 14-CV-4477 (NSR) |
| | : | |
| ABRAHAM JOSEPH, et al., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that Eric T. Schneiderman, Attorney General of the State of New York, by Adam Sansolo, Assistant Attorney General, shall appear as counsel of record for defendant Attorney General of the State of New York in the above referenced action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       December 4, 2014

                              Respectfully submitted,

                              ERIC T. SCHNEIDERMAN

                              Attorney General of the
                              State of New York
                              Attorney for State Defendant
                              By:

                              /s/_____
                              Adam J. Sansolo
                              Assistant Attorney General
                              120 Broadway – 24th Floor
                              New York, NY 10271

Tel: (212) 416-6165

Case 7:14-cv-04477-NSR   Document 34   Filed 12/04/14   Page 2 of 2

2

Tel: (212) 416-6165