# MEMO ENDORSED

## COHEN, LaBARBERA & LANDRIGAN, LLP
## ATTORNEYS AT LAW

RONALD J. COHEN (NY BAR & LL.M. IN TAXATION)
STEPHEN P. LA BARBERA (NY BAR)
THOMAS C. LANDRIGAN (NY & NJ BAR)

GREGORY J. BROSNAN (NY, NJ, CT BAR & LL.M. IN TAX)
AARON C. PITCH (NY BAR)
JULIANNA O'GRADY (NY BAR)
JOSHUA A. SCERBO (NY & NJ BAR)
STUART THALBLUM (NY - IL - CA BAR - OF COUNSEL)

40 MATTHEWS STREET, SUITE 203
GOSHEN, NEW YORK 10924
TELEPHONE (845) 291-1900
FACSIMILE (845) 291-8601*
*(FAX SERVICE NOT ACCEPTED)

SUSAN M. YEOMAN (PARALEGAL SUPERVISOR)

EMAIL: UPON REQUEST

December 1, 2014

**VIA FAX ONLY TO 914-390-4179**
Hon. Nelson S. Román, U.S.D.J.
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: In re: YITSCHAK GOLDSTEIN, Debtor. Case No. 13-37651 (Chapter 13)
Hon. Cecelia G. Morris, Chief Judge

KJ ACRES LLC v. YITSCHAK GOLDSTEIN,
Town of Monroe Justice Court Case No. 13100051,
USDC SDNY Case No. 14 CV 4479 (the "Summary Proceeding")

YITSCHAK GOLDSTEIN v. ABRAHAM JOSEPH, et al,
Supreme Court of Orange County
Index No. 9597/2013
USDC SDNY Case No. 14 CV 4480 (the "Supreme Court Action")

YITSCHAK GOLDSTEIN v. ABRAHAM JOSEPH, et al
USDC SDNY Case No. 14 CV 4477 (the "Federal Court Action")

> Pre-motion Conference scheduled for Dec. 19, 2014 at 11:45 am. Any and all applications for a stay are Denied.
> Dated: Dec. 10, 2014
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Your Honor:

    Pursuant to the Court's instructions, Mr. Goldstein was served by first class mail with the Owners' Motion in the Summary Proceeding and the Supreme Court Action on November 3, 2014. The motion will be uploaded to ECF on or before the return date of December 26, 2014, along with any opposition and reply thereto.

    On June 20, 2014, a Summons was issued by the Clerk's office as to John Doe, Nochum Friedman, Abraham Joseph, KJ Acres, LLC, KY Motel, Kym Lad LLC, Steven Milligram, Siman Tov Associates, and the Village of Monroe.

    Mr. Goldstein filed his First Amended Complaint on September 19, 2014 (in the "pro se drop box" after business hours).

    On or about November 10, 2014, two (2) sets of documents were left on the doorstep of 82 Forest Road, Monroe, NY, at which Mr. Friedman resides in Unit 302. The documents

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2014

## COHEN, LaBARBERA & LANDRIGAN, LLP
### ATTORNEYS AT LAW

Hon. Nelson S. Román, U.S.D.J.
December 1, 2014
Re: KJ Acres LLC v. Yitschak Goldstein; Yitschak Goldstein v. Abraham Joseph, et al
    USDC SDNY Case No. 14 CV 4477, 4479, 4480
Page 2

comprised a conformed cover letter dated November 3, 2014 from Mr. Goldstein (without any addressee listed), the First Amended Complaint, along with a Summons hand-marked "Amended Summons" (which also did not indicate the specific person being served), the Notice of Removal of the Summary Proceeding, and the Notice of Removal, Notice of Pendency and Summons and Comlaint in the Supreme Court Action. Copies of the letter and purported Summons are attached for the Court's convenience.

**It is unclear to whom such documents were addressed to. As of this date, Mr. Goldstein has not filed any Affidavits of Service with respect to the purported service.** Mr. Goldstein is purportedly suing Mr. Friedman along with KJ Acres, LLC, KY Motel, and Kym Lad, LLC (all affiliated with Mr. Friedman). To the best of our knowledge, the Secretary of State has not been served on behalf of any of KJ Acres, LLC, KY Motel, or Kym Lad, LLC.

The documents were not delivered personally to Mr. Friedman, nor to a member of his family, nor to a "person of suitable age and discretion" at Mr. Friedman's residence. No subsequent copies were mailed to the defendants.

To the extent Mr. Goldstein would claim service has been effected on Mr. Friedman and/or any of KJ Acres, LLC, KY Motel, or Kym Lad, LLC, service was not properly effected by personal delivery, service was not completed by a subsequent mailing, and an insufficient number of copies were served.

Additionally, on or about November 12, 2014, five (5) identical sets of documents were hand delivered to Cindy Charest, Office Administrator of Cohen, LaBarbera & Landrigan, LLP. Ms. Charest has never been authorized to accept service of process on behalf of Ronald J. Cohen, Stephen P. LaBarbera, Thomas C. Landrigan, or the undersigned.

To the extent Mr. Goldstein would claim service has been effected on Cohen, LaBarbera & Landrigan, LLP, Ronald J. Cohen, Stephen P. LaBarbera, Thomas C. Landrigan, or the undersigned, Mr. Goldstein has not filed any Affidavits of Service with respect to the purported service.

Pursuant to FRCP Rule 4(a)(1), "A summons must... (B) be directed to the defendant." Mr. Goldstein's purported summons is not. It is completely unclear as to whom it is directed, and upon whom he intended service to have been made.

Rule 4(e) requires that an individual be served by (1) following state law...; or (2)(A) delivering a copy of the summons and of the complaint **to the individual personally**; (B) leaving a copy... at the individual's dwelling or usual place of abode with **someone of suitable age and discretion who resides there**; or (C) delivering a copy to each to an agent authorized by appointment or by law to receive service of process.

Clearly, no service has been effected upon any of Mr. Friedman or any of KJ Acres, LLC,

## COHEN, LaBARBERA & LANDRIGAN, LLP
### ATTORNEYS AT LAW

Hon. Nelson S. Román, U.S.D.J.
December 1, 2014
Re: KJ Acres LLC v. Yitschak Goldstein; Yitschak Goldstein v. Abraham Joseph, et al
   USDC SDNY Case No. 14 CV 4477, 4479, 4480
Page 3

KY Motel, or Kym Lad, LLC, nor upon any of Cohen, LaBarbera & Landrigan, LLP, Ronald J. Cohen, Stephen P. LaBarbera, Thomas C. Landrigan, or Stuart Thalblum. **One hundred sixty three (163) days have passed since the issuance of the Summons, and Mr. Goldstein has not yet effected service on any defendant.**

To the extent Mr. Goldstein would claim service has been effected on any defendants, Cohen, LaBarbera & Landrigan, LLP, Ronald J. Cohen, Stephen P. LaBarbera, Thomas C. Landrigan and Stuart Thalblum intend to file a Motion to Dismiss the Complaint against them, in that the First Amended Complaint fails to state a claim against any of them.

Defendants Nuchem Friedman, KJ Acres, LLC, KY Motel, and Kym Lad, LLC intend to file a Motion to Dismiss the Complaint or for Summary Judgment, based on (1) Mr. Goldstein's breach of the stipulation entered into before the Justice Court and contempt of the Justice Court's instructions; (2) two prior arbitration rulings by the Beis Din bar Mr. Goldstein's claims under the doctrines of res judicata; (3) Mr. Goldstein's claims are unsustainable under the applicable Statute of Frauds and Statute of Limitations.

**We request that the Court compel Mr. Goldstein to properly proceed with the Federal Action or dismiss the same for failure to properly effect service, and stop wasting the Court's time. As his claims are unsustainable, Mr. Goldstein's true objective is to frustrate a permanent resolution of Mr. Goldstein's occupation of the Premises without paying any rent.**

Respectfully yours,

*Stuart Thalblum*

Stuart Thalblum

ST/cr
cc:  Yitschak Goldstein (via e-mail to ylondo30@gmail.com)
     Bernard Weinreb, Esq., Counsel to Joseph Kunstlinger and Joseph Kunstlinger, P.C. (via e-mail to boruchw@cs.com)
     Joseph Taub, Esq., Counsel for Abraham Joseph and affiliated entites (via e-mail to Joetaub@gmail.com)

**YITSCHAK GOLDSTEIN**
131 Acres Road
Monroe, N.Y., 10950
(845) 783-4480

November 3, 2014

**Notice**

RE: Goldstein v. Joseph, et al., 14-CV-4477 (NSR-PED);

Dear,

Please take notice of the following related actions pending in the same Court as the above referenced action, enclosed please find copies of;

Summons and Complaint 14-cv-4477;

Notice of removal and complaint for 14-cv-4480 Goldstein v. Joseph et al;

Notice of removal 14-cv-4479 KJ Acres LLC v. Yitschak Goldstein.

These related cases are currently pending in the same District Court in White Plains, in front of the Honorable Judge Nelson S. Roman, and Honorable Magistrate Judge Paul E. Davison.

Respectfully,

S/

Yitschak Goldstein

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

Yitschak Goldstein
_____
Plaintiff

v.

Abraham Joseph et al.
_____
Defendant
See attached

Civil Action No. 7:14 cv 4477 (NSR)

**AMENDED**
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

YITSCHAK GOLDSTEIN
131 ACRES RD # 201
MONROE N.Y. 10950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 3 0 2014

*Signature of Clerk or Deputy Clerk*

12/01/2014  19:00  Cohen LaBarbera Landrigan LLP  FAX 8452918601  P.006/009
Case 7:14-cv-04477-NSR  Document 38  Filed 12/10/14  Page 6 of 9

Case 7:14-cv-04477-NSR  Document 19  Filed 09/22/14  Page 74 of 76

**Plaintiff**

YITSCHAK GOLDSTEIN
131 Acres Road, Unit 201,
Monroe, NY 10950.
845-783-4480

**Defendants**

ABRAHAM JOSEPH
49 Keep Street,
Brooklyn, NY 11211

NOCHUM FRIEDMAN
82 Forest Road,
Monroe, NY 10950

SIMAN TOV ASSOCIATES,
50 Satmar Drive,
Monroe, NY 10950

SIMAN TOV LLC,
50 Satmar Drive,
Monroe, NY 10950

KJ ACRES LLC
82 Forest Road,
Monroe, NY 10950.

KYM LAD LLC
82 Forest Road,
Monroe, NY 10950.

12/01/2014 19:01 Cohen LaBarbera Landrigan LLP FAX 9452918601 P.007/009
Case 7:14-cv-04477-NSR Document 38 Filed 12/10/14 Page 7 of 9

Case 7:14-cv-04477-NSR Document 19 Filed 09/22/14 Page 75 of 76

KY MOTEL
11173 Ocotillo Road,
Desert Hot Springs,
California, 92240
and
Post Office Box 728,
Monroe, NY 10950

131 ACRES RD CONDOMINIUM
a/k/a 131 ACRES RD CONDO
82 Forest Road
Monroe, NY, 10950

JOSEPH KUNSTLINGER
235 North Main Street, Suite 2,
Spring Valley, NY 10977-4014.

JOSEPH KUNSTLINGER P.C.
235 North Main Street, Suite 2,
Spring Valley, NY 10977-4014.

STUART THALBLUM
40 Matthews Street, Suite 203,
Goshen, New York 10924.

RONALD J. COHEN
40 Matthews Street, Suite 203,
Goshen, New York 10924.

STEPHEN P. LABARBERA
40 Matthews Street, Suite 203,

12/01/2014 19:01 Cohen LaBarbera Landrigan LLP (FAX)8452918601 P.008/009
Case 7:14-cv-04477-NSR Document 38 Filed 12/10/14 Page 8 of 9

Case 7:14-cv-04477-NSR Document 19 Filed 09/22/14 Page 76 of 76

Goshen, New York 10924.

THOMAS C. LANDRIGAN
40 Matthews Street, Suite 203,
Goshen, New York 10924.

COHEN, LABARBERA,
LANDRIGAN, LLP
40 Matthews Street, Suite 203,
Goshen, New York 10924.

STEVEN MILLIGRAM
One Corwin Court,
Newburgh, NY 12550.

ASHEL BEAR SHEVA LLC
P. O. Box 728
Monroe, New York, 10949

ATTORNEY GENERAL OF
THE STATE OF NEW YORK
120 Broadway,
New York, NY 10271

ABRAHAM SRUGO
131 Acres Rd. Unit 301
Monroe, NY 10950

YOSSI'S CAFE &
RESTAURANT INC.
131 Acres Rd. Unit 111
MONROE, NY 10950

## Stuart Thalblum

| | |
|---|---|
| From: | Stuart Thalblum <st2@frontiernet.net> |
| Sent: | Monday, December 01, 2014 6:47 PM |
| To: | 'ylondo30@gmail.com'; 'boruchw@cs.com'; 'Joetaub@gmail.com' |
| Subject: | KJ v. Goldstein; Goldstein v. Joseph, USDC SDNY Case Nos. 14 CV 4477, 4479, 4480 |
| Attachments: | LT Court 12-1-14 with attachments.pdf |

Please see attached letter to Judge Roman.

Cordially,

Stuart Thalblum
Of Counsel
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street
Suite 203
Goshen, NY 10924
845-291-1900
Fax: 845-291-8601

E-mail confidentiality notice:
This transmission and any accompanying documents contain information belonging to the sender which is confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this transmission was sent as indicated above. If you are not the intended recipient, any disclosure, dissemination, copying, or use of same is strictly prohibited. If you have received this transmission in error, please reply to the sender at (845) 291-1900 or st2@frontiernet.net and delete this message and all attachments from your electronic storage files.

1